NVB 1007–1 (Rev. 8/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–18–16519–btb |
| | CHAPTER 7 |
| ROBERT RICHARD VERPORTER | |
| | |
| MICHELLE MARIE VERPORTER | |
|     fka MICHELLE MARIE SERGENT | NOTICE OF INCOMPLETE |
|     fka MICHELLE MARIE HALL | AND/OR DEFICIENT FILING |
|     fka MICHELLE MARIE CALABRESE | |
| Debtor(s) | |

**NOTICE IS GIVEN** that the above debtor(s) filed a voluntary petition on 10/31/18. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

<u>CERTIFICATION OF CREDIT COUNSELING:</u>

*   The Voluntary Petition indicates that credit counseling was obtained by the debtor(s), but the Certificate of Credit Counseling and any Debt Repayment Plan pursuant to Fed. R. Bankr. P. 1007 and 11 U.S.C. Section 521(b) was not filed.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 11/1/18

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court