```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                   Case No. 18-16519-btb
ROBERT RICHARD VERPORTER                                                 Chapter 7
MICHELLE MARIE VERPORTER
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0978-2          User: admin                  Page 1 of 3                  Date Rcvd: Nov 01, 2018
                              Form ID: 309A                Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db/jdb         +ROBERT RICHARD VERPORTER,    MICHELLE MARIE VERPORTER,    9254 EASTON HILLS COURT,
                 LAS VEGAS, NV 89123-3721
10618443       +Acs/college Loan Corp,    Acct No N028838192,    501 Bleecker St,    Utica, NY 13501-2401
10618452        CarMax,    12800 Tuckahoe Parkway,    Richmond, VA 23238
10618455       +Citibank- Home Depot,    P.O. Box 790328,    St. Louis, MO 63179-0328
10618463       +Credit Control Corp,    Acct No 2122851943,    11821 Rock Landing Dr,
                 Newport News, VA 23606-4207
10618476       +Dr.Mark Glyman,    Acct No x8853,    2030 E. Flamingo Road,    Suite 288,
                 Las Vegas, NV 89119-5163
10618481        Fremont Emergency Services,    Acct No xxxxxxxx-xxx-x2601,    c/o Alcoa Billing Center,
                 3429 Regal Drive,    Las Vegas, NV 37701-3265
10618482       +Jared Galleria,    Acct No 3133939375,    375 Ghent Rd,    Fairlawn, OH 44333-4601
10618441        Mark Calabrese,    Henderson, NV
10618487       +Monterey Collection Sv,    Acct No 502608588,    4095 Avenida De La Plata,
                 Oceanside, CA 92056-5802
10618489       +Paternaude & Felix,    7271 W. Charleston Blvd, Ste.100,    Las Vegas, NV 89117-1686
10618492       +Radiology Associates,    Acct No Michelle Verporter,    8551 W. Lake Mead,
                 Las Vegas, NV 89128-7642
10618491       +Radiology Associates,    Acct No Robert Verporter,    8551 W. Lake Mead,
                 Las Vegas, NV 89128-7642
10618493       +Richard Verporter,    10571 Habersham Court,    Las Vegas, NV 89183-4551
10618496       +St. Rose Dominican,    Acct No Robert Verporter,    3001 St. Rose Parkway,
                 Henderson, NV 89052-3839
10618498       +Sundance Medical Center,    Acct No x8232,    500 E. Windmill Lane,    Suite 125,
                 Las Vegas, NV 89123-1845
10618497       +Sundance Medical Center,    Acct No x8914,    500 E. Windmill Lane,    Suite 125,
                 Las Vegas, NV 89123-1845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ji@issohugheslaw.com Nov 02 2018 03:12:30      JENNIFER ISSO,
                 ISSO AND HUGHES LAW FIRM,    720 CENTER ST, #100,    HENDERSON, NV  89015
tr             +EDI: FLESCHWARTZER.COM Nov 02 2018 07:04:00      LENARD E. SCHWARTZER,    2850 S. JONES BLVD., #1,
                 LAS VEGAS, NV 89146-5640
ust            +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Nov 02 2018 03:13:24      U.S. TRUSTEE - LV - 7,
                 300 LAS VEGAS BOULEVARD, SO.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
10618442       +EDI: AARGON.COM Nov 02 2018 07:04:00      Aargon Collection Agen,    Acct No 2011306429,
                 3025 W Sahara,    Las Vegas, NV 89102-6094
10618445       +E-mail/Text: banko@acsnv.com Nov 02 2018 03:13:52      Allied Coll,    Acct No 282063301,
                 3080 S Durango Dr,    Las Vegas, NV 89117-9194
10618444       +E-mail/Text: banko@acsnv.com Nov 02 2018 03:13:52      Allied Coll,    Acct No 301795101,
                 3080 S Durango Dr,    Las Vegas, NV 89117-9194
10618446       +EDI: AMEREXPR.COM Nov 02 2018 07:03:00      Amex,    Acct No 3499909144914873,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
10618447       +E-mail/Text: keneenh@immilv.com Nov 02 2018 03:13:44      Anesthesiology Consultants,
                 Acct No Michelle Verporter,    7220 S. Cimarron Road,    Las Vegas, NV 89113-2173
10618448        EDI: BANKAMER.COM Nov 02 2018 07:03:00      Bk Of Amer,    Acct No 2492,    Po Box 982238,
                 El Paso, TX 79998
10618451       +EDI: CAPITALONE.COM Nov 02 2018 07:03:00      Capital One,    Acct No 4115077032845705,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
10618449       +EDI: CAPITALONE.COM Nov 02 2018 07:03:00      Capital One,    Acct No 5178058150119124,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
10618450       +EDI: CAPITALONE.COM Nov 02 2018 07:03:00      Capital One,    Acct No 4003447599823418,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
10618453       +EDI: CHASE.COM Nov 02 2018 07:03:00      Chase Card,    Acct No 4266841402862807,    Po Box 15298,
                 Wilmington, DE 19850-5298
10618454       +EDI: SEARS.COM Nov 02 2018 07:03:00      Citibank Sears,    Acct No xxxxxxxxxxxx0191,
                 P.O. Box 6500,    Sioux Falls, SD 57117-6500
10618456       +EDI: WFNNB.COM Nov 02 2018 07:03:00      Comenity Capital Bank,    Acct No xxxxxxxxxxxx6669,
                 PO Box 183003,    Columbus, OH 43218-3003
10618457       +EDI: WFNNB.COM Nov 02 2018 07:03:00      Comenitybank/victoria,    Acct No 5856375127698538,
                 Po Box 182789,    Columbus, OH 43218-2789
10618458       +EDI: WFNNB.COM Nov 02 2018 07:03:00      Comenitycb/zales,    Acct No 5780974032366669,
                 Po Box 182120,    Columbus, OH 43218-2120
10618459       +EDI: BLCONNS Nov 02 2018 07:04:00      Conns Credit Corp,    Acct No 479064430,    3295 College St,
                 Beaumont, TX 77701-4611
10618461       +EDI: CONVERGENT.COM Nov 02 2018 07:03:00      Convergent Outsourcing,    Acct No 40000103,
                 800 Sw 39th St,    Renton, WA 98057-4975
10618460       +EDI: CONVERGENT.COM Nov 02 2018 07:03:00      Convergent Outsourcing,    Acct No 38944139,
                 800 Sw 39th St,    Renton, WA 98057-4975
10618462       +EDI: CONVERGENT.COM Nov 02 2018 07:03:00      Convergent Outsourcing,    Acct No 46379657,
                 800 Sw 39th St,    Renton, WA 98057-4975
10618464        EDI: RCSFNBMARIN.COM Nov 02 2018 07:03:00      Credit One,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
```

```
District/off: 0978-2          User: admin              Page 2 of 3              Date Rcvd: Nov 01, 2018
                              Form ID: 309A            Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
10618465       +EDI: RCSFNBMARIN.COM Nov 02 2018 07:03:00      Credit One Bank Na,    Acct No 4447962373692973,
                Po Box 98872,    Las Vegas, NV 89193-8872
10618469       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00120100111,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618468       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00320110914,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618471       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00220100817,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618466       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00420110914,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618472       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00520120912,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618470       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00620120912,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618473       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00720130115,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618467       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00920150112,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618474       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/navient,
                Acct No 90823947071E00820130117,    Po Box 9635,    Wilkes Barre, PA 18773-9635
10618475        +E-mail/Text: electronicbkydocs@nelnet.net Nov 02 2018 03:13:35      Dept Of Education/neln,
                Acct No 900000116165599,    121 S 13th St,    Lincoln, NE 68508-1904
10618477        EDI: ECMC.COM Nov 02 2018 07:03:00      ECMC,    Acct No xxxx6603,    P.O Box 64909,
                St.Paul, MN 55164-0909
10618479       +EDI: ECMC.COM Nov 02 2018 07:03:00      Ecmc,    Acct No 52466030001,    111 Washington Ave S Ste,
                Minneapolis, MN 55401-6800
10618478       +EDI: ECMC.COM Nov 02 2018 07:03:00      Ecmc,    Acct No 52466030002,    111 Washington Ave S Ste,
                Minneapolis, MN 55401-6800
10618480       +EDI: FORD.COM Nov 02 2018 07:03:00      Frd Motor Cr,    Acct No 52194423,    Po Box Box 542000,
                Omaha, NE 68154-8000
10618483       +EDI: CBSKOHLS.COM Nov 02 2018 07:03:00      Kohls/capone,    Acct No 6393050591329289,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
10618484       +EDI: RESURGENT.COM Nov 02 2018 07:03:00      Lvnv Funding Llc,    Acct No 4447962270276052,
                Po Box 1269,    Greenville, SC 29602-1269
10618485       +EDI: MID8.COM Nov 02 2018 07:03:00      Midland Credit Management,    Acct No 8575548110,
                2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
10618486       +EDI: MID8.COM Nov 02 2018 07:03:00      Midland Funding,    Acct No 8575548110,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
10618488        EDI: NAVIENTFKASMSERV.COM Nov 02 2018 07:03:00      Navient,    Acct No xxxxxx4707,
                U.S. Dept of Education Loan Servicing,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
10618490       +E-mail/Text: bknotices@professionalcredit.com Nov 02 2018 03:13:49      Professional Credit Se,
                Acct No 11301660007899386,    400 International Way,    Springfield, OR 97477-7004
10618494       +EDI: DRIV.COM Nov 02 2018 07:03:00      Santander,    P.O. Box 961245,
                Fort Worth, TX 76161-0244
10618495       +E-mail/Text: Customer.ServiceVHS@uhsinc.com Nov 02 2018 03:13:25      Spring Valley Hospital,
                Acct No xxxxx2318,    5400 South Rainbow Blvd,    Las Vegas, NV 89118-1859
10618499       +EDI: HCA2.COM Nov 02 2018 07:04:00      Sunrise Hospital,    Acct No xxxxx0839,
                3186 S. Maryland Parkway,    Las Vegas, NV 89109-2317
10618500       +EDI: RMSC.COM Nov 02 2018 07:04:00      Syncb/amazon,    Acct No 6045781009196113,
                Po Box 965015,    Orlando, FL 32896-5015
10618501       +EDI: RMSC.COM Nov 02 2018 07:04:00      Syncb/discount Tire,    Acct No 6019180098131317,
                C/o Po Box 965036,    Orlando, FL 32896-0001
10618502       +EDI: RMSC.COM Nov 02 2018 07:04:00      Syncb/walmart,    Acct No 6032201442359249,
                Po Box 965024,    Orlando, FL 32896-5024
10618503       +EDI: CITICORP.COM Nov 02 2018 07:03:00      Thd/cbna,    Acct No 6035320369385388,    Po Box 6497,
                Sioux Falls, SD 57117-6497
10618504       +EDI: BLUESTEM Nov 02 2018 07:04:00      Webbank/fingerhut,    Acct No 6369921042231513,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 51

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0978-2          User: admin               Page 3 of 3             Date Rcvd: Nov 01, 2018
                              Form ID: 309A             Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **ROBERT RICHARD VERPORTER** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4543 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **MICHELLE MARIE VERPORTER** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0897 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **District of Nevada** | | Date case filed for chapter  7   **10/31/18** |
| Case number:    **18–16519–btb** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   |   | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | ROBERT RICHARD VERPORTER | MICHELLE MARIE VERPORTER |
| 2. | **All other names used in the last 8 years** |  | fka MICHELLE MARIE SERGENT, fka MICHELLE MARIE HALL, fka MICHELLE MARIE CALABRESE |
| 3. | **Address** | 9254 EASTON HILLS COURT <br> LAS VEGAS, NV 89123 | 9254 EASTON HILLS COURT <br> LAS VEGAS, NV 89123 |
| 4. | **Debtor's attorney** <br> Name and address | JENNIFER ISSO <br> ISSO AND HUGHES LAW FIRM <br> 720 CENTER ST, #100 <br> HENDERSON, NV 89015 | Contact phone (702) 433–3000 <br> Email:  ji@issohugheslaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | LENARD E. SCHWARTZER <br> 2850 S. JONES BLVD., #1 <br> LAS VEGAS, NV 89146 | Contact phone (702) 307–2022 |

**For more information, see page 2 >**

Debtor **ROBERT RICHARD VERPORTER** and **MICHELLE MARIE VERPORTER**  Case number **18–16519–btb**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone: (702) 527–7000<br><br>Date: 10/31/18 |
| **7.** | **Meeting of creditors** | **December 5, 2018 at 01:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101** |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/4/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**