**LENARD E. SCHWARTZER**
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 18-16519-BTB |
| | IN PROCEEDINGS UNDER CHAPTER 7 |
| ROBERT RICHARD VERPORTER MICHELLE MARIE VERPORTER, | NOTICE OF CONTINUANCE OF 341A MEETING |
| Debtors | Date:  December 28, 2018 Time:  9:00 A.M. |

NOTICE IS HEREBY GIVEN that the 341a Meeting of Creditors, originally scheduled for December 5, 2018, at the hour of 1:00 P.M. is continued to December 28, 2018, at the hour of 9:00 A.M.

Dated:  December 5, 2018

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER

Trustee