NVB 2002 (Rev. 12/15)

Brent Hall
2309 ScissorTail Court
North Las Vegas, NV 89084
(702) 483-9095
FMT59MQ@gmail.com
Pro-Se

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

RECEIVED AND FILED
2018 DEC 14  PM 12 38
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

ARV

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re )           Case No: __18-16519-btb__

    Robert Richard Verporter )
    Michelle Marie Verporter )   Chapter __7__
    9254 Easton Hills Court )
    Las Vegas, NV 89123 )
)           **REQUEST FOR SPECIAL**
)           **NOTICE**
Debtor(s) )

    TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

    I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please Print)

Brent Hall
2309 ScissorTail Court
North Las Vegas, NV 89084
(702) 483-9095
Please serve electronically if possible via email address noted above FMT59MQ@gmail

Date: December 14, 2018

Signature